SUMMARY DISPOSITION ORDER

Affirm.

396 P.3d 1159

**GREEN TREE SERVICING LLC, Plaintiff-Appellee,**

v.

**Tiasamo Maluelue TUIONUU; Toefoi Fuimaono Tuionuu, Defendants-Appellants,**

and

John Does, 1-50; Jane Does 1-50; DOE Partnerships 1-50; DOE Corporations 1-50; DOE Entities 1-50; and DOE Governmental Units 1-50, Defendants

**NO. CAAP-15-0000423**

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i, June 30, 2017.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT (CIVIL NO. 12-1-2489)

396 P.3d 1159

**STATE of Hawai'i, Plaintiff-Appellee,**

v.

**Fred E. WILLIAMS, also known as Frederick Ernest Williams, Jr., Defendant-Appellant.**

**NO. CAAP-15-0000596**

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i, June 30, 2017.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT (CRIMINAL NO. 13-1-0025)

SUMMARY DISPOSITION ORDER

Affirmed.

SUMMARY DISPOSITION ORDER

Affirm.

396 P.3d 1159

**STATE of Hawai'i Plaintiff-Appellee,**

v.

**Dewitt LONG, Defendant-Appellant**

**NO. CAAP-16-0000509**

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i, June 30, 2017.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT (CR. NO. 06-1-1478)

